UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

_____

)

ROSE PAASCH,                                          )

                                                      )

    *Plaintiff,*                    )

                                                      )

    v.                              )       Case No. 1:15cv1638 GBL/MSN

                                                      )

NATIONAL RURAL ELECTRIC                               )

  COOPERATIVE ASSOCIATION              )

                                                      )

    *Defendant*                      )

_____)

_____

PLAINTIFF'S LIST OF WITNESSES

_____

Pursuant to the Court's Order of February 28, 2016, Plaintiff lists witnesses to be called at trial:

    Rose Paasch, Schenefelder Holt 2, 22589 Hamburg, Germany (01149 40 8788 1534)

    Carol Brecht, 4301 Wilson Blvd., Arlington, Virginia 22102 (703-907-5500)

    Daphne Jackson, 9501 Wandering Way, Columbia, Maryland 21045 (443-319-5100)

May call:

    Susan Julien , 12905 Flack Street, Silver Spring, MD 20906 (301-962-5191)

    Whitney (Rhode) Rader,  4301 Wilson Blvd., Arlington, Virginia 22102 (703-907-5500)

    Michele Rinn, 2700 N. Powhatan Street, Arlington, Virginia 22207, 703-237-2650

    Steven Summers,  4301 Wilson Blvd., Arlington, Virginia 22102 (703-907-5500)

    Lois Temple, 1804 Samples Manor Drive, Sharpsburg, Maryland 21782 (301-432-7165),

and witnesses named on Defendant's witness list.

            Respectfully submitted,


            _____/s/_____

            Sharon Fast Gustafson,

            Attorney at Law, PLC

            4041 N. 21st Street

            Arlington, Virginia  22207

            Virginia Bar No. 32800

            (703) 527-0147

            sharon.fast.gustafson@gmail.com

CERTIFICATE OF SERVICE

Counsel for Plaintiff Rose Paasch

I hereby certify that on the 15th day of June 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Lindsay B. Velarde, Esquire
> Hunton & Williams LLP
> 2200 Pennsylvania Avenue, N.W.
> Washington, D.C.  20037
> swiltsie@hunton.com
> lvelarde@hunton.com
>
> Counsel for Defendant NRECA

_____/s/_____

Sharon Fast Gustafson,
